**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| P. W., BY AND THROUGH GUARDIAN AD LITEM SHAWNA WALDEN,<br><br>  Plaintiff,<br><br>v.<br><br>DOREL HOME FURNISHINGS, INC., COSCO HOME AND OFFICE, and DOES 1 TO 50,<br><br>  Defendant(s). | Case No.  1:21-cv-01204-DAD-SKO<br><br>**STIPULATION AND ORDER TO EXTEND CASE DEADLINES AND SET TRIAL DATE**<br><br>(Doc. 26) |

**STIPULATION TO EXTEND CASE DEADLINES**

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

WHEREAS Plaintiff and Defendants by and through their attorneys, stipulate and agree to an extension of the upcoming case deadlines set by the Scheduling Order on March 17, 2022 [Dkt. No. 23] as follows:

**Discovery Deadlines:**

Non Expert Discovery:  July 15, 2022

Expert Disclosures: August 05, 2022

Rebuttal Expert Disclosures: September 16, 2022

Expert Discovery: October 14, 2022

**Non-Dispositive Motion Deadlines:**

Filing: November 11, 2022

Hearing: December 16, 2022 (subject to the Court's availability)

**Dispositive Motion Deadlines:**

Filing: November 11, 2022

**Pre-Trial Conference:** April 17, 2023 at 3:30 p.m. Courtroom 5 (subject to the Court's availability)

Dated: June 14, 2022

By: /s/Glenn M. Kenna
    Glenn M. Kenna
    Curtis Legal Group
    A Professional La Corporation
    1300 K Street
    P.O. Box 3030
    Modesto, CA 95353
    (209) 521-1800
    gkenna@curtislegalgroup.com

*Counsel for Plaintiff*

By: /s/Brian Hamilton
    Brian Hamilton
    ARENTFOX SCHIFF LLP
    44 Montgomery Street, 38th Floor
    San Francisco CA 94104
    (415) 757-5500
    (415) 757-5501
    brian.hamilton@afslaw.com

Rachel A. Remke *(pro hac vice)*
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL   60606
(312) 258-5500 (*t*)
(312) 258-5600 (*f*)
rachel.remke@afslaw.com

*Counsel for Dorel Home Furnishings, Inc.*

STIPULATION TO EXTEND CASE DEADLINES; ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND CASE DEADLINES; ORDER

# ORDER

Pursuant to the parties' foregoing stipulation (Doc. 26), IT IS HEREBY ORDERED that the Scheduling Order (Doc. 23) is MODIFIED as follows:

**Discovery Deadlines:**

Non Expert Discovery:  July 15, 2022

Expert Disclosures: August 5, 2022

Rebuttal Expert Disclosures: September 16, 2022

Expert Discovery: October 14, 2022

**Non-Dispositive Motion Deadlines:**

Filing: November 14, 2022[1]

Hearing: December 21, 2022[2]

**Dispositive Motion Deadlines:**

Filing: November 14, 2022

Hearing: December 20, 2022

**Pre-Trial Conference:** April 3, 2023, at 2:30 p.m. in Courtroom 5.

The **Settlement Conference** remains as currently set. (*See* Doc. 21.)

The Court further SETS a trial in this case for June 6, 2023, at 1:00 p.m. in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

IT IS SO ORDERED.

Dated:   **June 15, 2022**         /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' proposed date of November 11, 2022, is Veterans Day, a federal holiday.

[2] As the parties were previously advised (*see* Doc. 23 at 3 n.1), Magistrate Judge Oberto holds civil law and motion calendar on Wednesdays at 9:30 AM.  The date has been adjusted accordingly.