UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON WALDEN, by and through his guardian ad litem Shawna Walden,<br><br>Plaintiff,<br><br>v.<br><br>DOREL HOME FURNISHINGS, INC., et al.,<br><br>Defendants. | No.  1:21-cv-01204-ADA-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 38) |

On January 10, 2023, Plaintiff Preston Walden, by and through his guardian ad litem Shawna Walden, and Defendant Dorel Home Furnishings, Inc. filed a joint stipulation dismissing the action with prejudice.[1]  (Doc. 38.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 11, 2023**          /s/ *Sheila K. Oberto*

---

[1] Defendant Cosco Home and Office has filed neither an answer or a motion for summary judgment in this case, and thus has not "appeared" for the purpose of Fed. R. Civ. P. 41(a)(1).

UNITED STATES MAGISTRATE JUDGE